UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH BREWER,

                Plaintiff,

      v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

                Defendant.
_____

Civil No. 05-6140-HU

ORDER

HAGGERTY, Chief Judge:

      On March 20, 2006, Magistrate Judge Hubel issued a Findings and Recommendation in this action [11], in which the Magistrate Judge recommended that the defendant Commissioner's final decision to deny disability insurance benefits (DIB) and supplemental security income (SSI) should be affirmed and the case should be dismissed. No objections were filed. This court agrees with the Magistrate Judge's decision and finds that the present action should be dismissed.

1 - ORDER

The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations" made by a magistrate judge.  28 U.S.C. § 636(b)(1).  Within ten days of being served with a copy of the Findings and Recommendation, any party may file written objections and the court shall make a *de novo* determination of those portions of the Findings and Recommendation to which objections are made.  *Id.*  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Thomas v. Arn,* 474 U.S. 140, 149-150 (1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).  No clear error appears on the face of the record, and the court adopts Magistrate Judge Hubel's Findings and Recommendation.

## **CONCLUSION**

The Magistrate's Findings and Recommendation [11] is adopted in its entirety.  The Commissioner's decision denying plaintiff's application for benefits under Title II of the Social Security Act is affirmed and this action is dismissed.

IT IS SO ORDERED.

Dated this ___5___ day of May, 2006.

                                                          ____/s/Ancer L.Haggerty____
                                                           ANCER L. HAGGERTY
                                                         United States District Judge